# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEVIN ALSTON,**
        **Plaintiff,**

   **v.**                                                                **Case No. 10-C-0443**

**WISCONSIN COURT OF APPEALS,**
        **Defendant.**

## ORDER

On August 4, 2010, I denied plaintiff Kevin Alston's motion to enlarge the record on appeal. On August 9, 2010, plaintiff asked that I reconsider his motion. However, since that time, the court of appeals has resolved the appeal, and therefore any motion relating to the record on appeal is moot.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 19th day of February 2011.

                                                    /s_____
                                                    LYNN ADELMAN
                                                    District Judge